IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 22-cv-01537-NYW-GPG | Date: February 9, 2023 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| TALBOTT'S MOUNTAIN GOLD LLLP, a Colorado limited liability limited partnership,<br>TALBOTT LAND AND PROPERTY LLLP, a Colorado limited liability limited partnership,<br>BLAINE D PRODUCE COMPANY LLC, a Colorado limited liability company,<br>BOX ELDER RANCH, LLC, a Colorado limited liability company,<br>BOX ELDER RANCH, INC., a Colorado corporation,<br>MARC ARNUSCH FARMS LLC, a Colorado limited liability company, and<br>MAUCH FARMS, INC., a Colorado corporation,<br><br>         Plaintiffs,<br><br>v.<br><br>JOSEPH M. BARELA, in his official capacity as Executive Director of the Colorado Department of Labor and Employment, and<br>SCOTT MOSS, in his official capacity as Director of the Division of Labor Standards and Statistics, Colorado Department of Labor and Employment,<br><br>         Defendants, | Todd Miller<br>Kevin Paul<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Krista Maher |
| JANE DOE, and<br>COLORADO LEGAL SERVICES,<br><br>         Intervenor Defendants. | Jenifer Rodriguez<br>David Muraskin<br>Karla Gilbride<br>Shelby Leighton |

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC STATUS CONFERENCE**

**2:37 p.m.        Court in session.**

Appearances of counsel.

Plaintiffs inform the Court that they are no longer proceeding with the Motion for Preliminary Injunction [Doc. 13].

**ORDERED:    Plaintiffs' Motion for Preliminary Injunction and Incorporated Memorandum of Law [Doc. 13] is DENIED AS MOOT, in light of the Parties' representations in court and hearing no objection thereto.**

Discussion held regarding Intervenor-Defendants' Motion to Dismiss and Opposition to Plaintiffs' Motion for a Preliminary Injunction and Incorporated Memorandum in Support [Doc. 51] and the process moving forward on any remaining claims.

**ORDERED:    No later than February 24, 2023, the Parties shall file a Joint Status Report with respect to the Parties' various positions as to moving forward with this case as well as to the pending Motion to Dismiss.**

**2:51 p.m.        Court in recess.**

Hearing concluded.
Total time in court:     0:14